FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2020 MAR -5  PM 2: 36

CLERK_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. CR420-0016 |
| | ) | |
| v. | ) | FILED UNDER SEAL |
| | ) | |
| GREG BAKER, | ) | 21 U.S.C. § 846 |
| JASON BARKER, | ) | Conspiracy to Possess |
| TIFFANY BARTON, | ) | with Intent to Distribute |
|    a/k/a "Bozar," | ) | and to Distribute a |
| VICTOR BLANCO-LOPEZ, | ) | Controlled Substance |
|    a/k/a "Victoriano," | ) | |
| JOSEPH JOSHUA BORING, | ) | 21 U.S.C. § 841(a)(1) |
|    a/k/a "Josh," | ) | Possession of Controlled |
|    a/k/a "J B," | ) | Substance with Intent to |
| LEROY BOZARTH, | ) | Distribute |
|    a/k/a "Jack Turtlehead," | ) | |
| EDWARD EVAN BRANEN, | ) | 18 U.S.C. § 922(g) |
| MARQUISE BYRD, | ) | Possession of a Firearm |
| NATHAN COUGHLIN, | ) | by Prohibited Person |
| JACQUELINE ECHOLS, | ) | |
|    a/k/a "Jackie," | ) | 18 U.S.C. 924(c) |
| DANIELLE EDGERTON, | ) | Possession of a Firearm |
| LEE ALLEN EDWARDS, | ) | in Furtherance of Drug |
| THOMAS LOGAN EDWARDS, | ) | Trafficking Crime |
| YESICA GARCIA, | ) | |
| JOSHUA GRIFFIN, | ) | |
|    a/k/a "Dough Boy," | ) | |
| WILLIAM HAMILTON, | ) | |
|    a/k/a "Hambone," | ) | |
| APRIL HARDY, | ) | |
| HOLLY HEDDLE, | ) | |
|    a/k/a "Goldie Locks," | ) | |
| CHRISTOPHER LANE, | ) | |
|    a/k/a "Chris Grass," | ) | |
|    a/k/a "Joker," | ) | |
| DUSTIN LAX, | ) | |
|    a/k/a "WingNut," | ) | |
|    a/k/a "Tyrone White," | ) | |
| CRAIG MITCHELL, | ) | |
|    a/k/a "Rojo," | ) | |
| PRATT MITCHELL, | ) | |

| | |
|---|---|
| RUTH MONJE, | ) |
|     a/k/a "CC," | ) |
| JESSE MYERS, | ) |
| ASHLEY RENEE PARRISH, | ) |
|     a/k/a "Kickin Renee," | ) |
| JUSTIN PATH, | ) |
|     a/k/a "JP," | ) |
|     a/k/a "Sherm," | ) |
| JONATHAN RICHARDSON, | ) |
|     a/k/a "G," | ) |
| DAVID HAMILTON SHARPE, | ) |
|     a/k/a "David Dukkedoff," | ) |
| MICHAEL BRANDON SHARPE, | ) |
| KRISTIN SHEPPARD, | ) |
|     a/k/a "Kristin Shine," | ) |
|     a/k/a "K Shine," | ) |
| HEATHER SLOAN, | ) |
|     a/k/a "Honey," | ) |
|     a/k/a "Penny," | ) |
|     a/k/a "Marie," | ) |
| AUSTIN TYLER TODD, | ) |
|     a/k/a "Mario," | ) |
| REANNON WARNOCK, | ) |
| MICHAEL TRAVIS WILLIAMS, | ) |
|     a/k/a "Trap," and | ) |
| JOSE ZEPEDA. | ) |

## ORDER

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED:

That the above-styled indictment, and all process issued thereunder, be sealed until further Order of this Court, excepting only such disclosures as necessary to effect service of process and to conduct initial appearances and related proceedings.

So ORDERED this 5th day of March, 2020.

_____
HON. CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA